UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BBY SOLUTIONS, INC., BEST BUY STORES, L.P., BESTBUY.COM, LLC, | Civil No. 10-CV-4726 (MJD/TNL) |
| Plaintiffs, | |
| v. | **ORDER** |
| KARRIE-LEE KARREMAN, ELSIE MADELEINE PITRE, STEWART FOTHERINGHAM, 2182273 ONTARIO, INC., | |
| Defendants. | |

---

Christopher K. Larus, Jamie R. Kurtz, and Kelly M. McLain, Robins Kaplan Miller & Ciresi LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015 for Plaintiffs.

Peter J. Gleekel, Bradley J. Walz, and Sofia A. Estrellado, Winthrop & Weinstine, PA, 225 S 6th Street, Suite 3500, Minneapolis, MN 55402-4629 for Defendants.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 26, 2012 (Docket No.50), along with all the files and records, and in considering the objection filed by Defendants,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Corrected Motion Under Rule 37(B)(2)(A)(Vi) for Entry of Default Judgment Against Defendants or In the Alternative Motion to Compel Discovery (Docket No. 38) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Plaintiffs' request for entry of default is **denied**.

    b. Plaintiffs' request for an order compelling production is **granted** as follows:

    i. Within 14 days of the date of the Order on this Report and Recommendation, Defendants are ordered to provide complete, accurate, and nonprivileged information responsive to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production.

    ii. Within 14 days of the date of the Order on this Report and Recommendation, Defendants pay to Plaintiffs $2,500 as reasonable fees and expenses for bringing the present motion.

    iii. Defendants are warned that any future violation of any court order or applicable rule in this matter will result in an entry of

    default, and/or any other sanction, that the court deems appropriate.

2. Stipulation to Amend Pretrial Scheduling Order is **GRANTED**, and the matter is referred back to the undersigned magistrate judge for determination of appropriate deadlines and entry of an amended pretrial scheduling order consistent with the interests of securing a just, speedy, and inexpensive determination of this action.

Date:  May 10, 2012　　　　　　　　　　　　s/ Michael J. Davis　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court