# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

BBY Solutions, Inc.,  
Best Buy Stores, L.P., and  
Bestbuy.com, LLC,

       Plaintiffs,

v.

Karrie-Lee Karreman,  
Elsie Madeleine Pitre,  
Stewart Fotheringham, and  
2182273 Ontario, Inc.,

       Defendants.

Civil No. 10-CV-4726 (MJD/TNL)

**ORDER**

---

Christopher K. Larus and Jamie R. Kurtz, Robins Kaplan Miller & Ciresi LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015.

Peter J. Gleekel, Bradley J. Walz, and Sofia A. Estrellado, Winthrop & Weinstine, PA, 225 S 6th Street, Suite 3500, Mineapolis, MN 55402-4629.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 9, 2012 (Docket No.70), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Entry of Default Judgment (Docket No. 63) is **GRANTED**; and

2. The Court awards to Plaintiffs attorneys' fees and costs incurred in preparing for the depositions and the preparation and filing of this Motion.

    LET JUDGMENT BE ENTERED.

Date: October 26, 2012                      s/Michael J. Davis  
                                                  The Honorable Michael J. Davis  
                                                  United States District Court Judge  
                                                  for the District of Minnesota