UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BBY Solutions, Inc.,<br>Best Buy Stores, L.P., and<br>Bestbuy.com, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>Karrie-Lee Karreman,<br>Elsie Madeleine Pitre,<br>Stewart Fotheringham, and<br>2182273 Ontario, Inc.,<br><br>        Defendants. | Civil No. 10-CV-4726 (MJD/TNL)<br><br>**ORDER** |

Christopher K. Larus and Jamie R. Kurtz, Robins Kaplan Miller & Ciresi LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015.

Peter J. Gleekel, Bradley J. Walz, and Sofia A. Estrellado, Winthrop & Weinstine, PA, 225 S 6th Street, Suite 3500, Mineapolis, MN 55402-4629.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 9, 2012 (Docket No.70), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Entry of Default Judgment (Docket No. 63) is **GRANTED**; and

2. The Court awards to Plaintiffs attorneys' fees and costs incurred in preparing for the depositions and the preparation and filing of this Motion.

    LET JUDGMENT BE ENTERED.

Date: October 26, 2012                                             s/Michael J. Davis
                                                                        The Honorable Michael J. Davis
                                                                        United States District Court Judge
                                                                        for the District of Minnesota