UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BBY SOLUTIONS, INC., BEST BUY STORES L.P., and BESTBUY.COM,<br><br>Plaintiffs,<br><br>v.<br><br>KARRIE-LEE KARREMAN, ELISE MADELEINE PITRE, STEWART FOTHERINGHAM, and 2182773 ONTARIO, INC.,<br><br>Defendants. | Civil No. 10-4726 (MJD/TNL)<br><br>**ORDER** |

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 6, 2013 (Docket No.85), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that judgment is entered against Defendants as follows:

1. Defendants are found liable under each count of the Complaint;

2. Defendants and all those acting in concert with them are enjoined from further false advertising, infringement and dilution of Plaintiffs' federally registered trademarks;

3. Plaintiffs are awarded damages pursuant to 15 U.S.C. § 1125(d) in the amount of $25,000.00;

4. Plaintiffs are awarded $10,383.35 in reasonable fees and costs incurred in connection with Plaintiffs' Motion for default and depositions for which Defendants failed to appear; and

5. Plaintiffs are awarded reasonable attorneys' fees and costs in the amount of $48,934.89.

Date: September 11, 2013              s/Michael J. Davis
                                      The Honorable Michael J. Davis, Chief Judge
                                      Chief Judge
                                      United States District Court